UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES A. MERRILL,<br><br>Defendant. | Case No. 4:13-cr-00049-BLW<br><br>MEMORANDUM DECISION AND ORDER |

## INTRODUCTION

Before the Court is Defendant James Merrill's letter request for an order reducing his sentence by 90 days (Dkt. 159). For the reasons explained below, the Court will deny the request.

## ANALYSIS

In December 2013, this Court sentenced Merrill to 36 months' incarceration, followed by 36 months of supervised release, after he pleaded guilty to a drug charge. Supervision began in September 2015. Merrill violated the terms of his supervise release, and in November 2017 he was sentenced to 21 months' incarceration. Merrill is currently serving his sentence at a federal prison in Sheridan, Oregon. He asks the Court to reduce this sentence by 90 days. *See Letter,* Dkt. 159, at 2. He says he is not seeking

to shorten his incarceration, but instead wants to be back in Idaho. He says Idaho state authorities will detain him when he has completed his federal sentence.

Generally, a court may not correct or modify a prison sentence once it has been imposed unless permitted by statute or by Federal Rule of Criminal Procedure 35. *See* 18 U.S.C. 3582(c)(1)(B); *United States v. Penna*, 319 F.3d 509, 511 (9th Cir. 2003).

Rule 35 does not apply here. Among other things, this rule allows courts to correct "sentence[s] that resulted from arithmetical, technical, or other clear error." Fed. R. Crim. P. 35(a). Merrill does not complain of an error of this type, and, in any event, such a request must be made within 14 days of sentencing.

Otherwise, Merrill has not identified any applicable statute that would allow the Court to reduce his sentence. Accordingly, the Court will deny his request.

## ORDER

**IT IS ORDERED that** Defendant James A. Merrill's letter request for a reduction in his sentence (Dkt. 159) is **DENIED.**

DATED: October 3, 2018

B. Lynn Winmill
Chief U.S. District Court Judge